## SCHABEL *v.* SCHABEL.

DIVORCE—ALIMONY.
>  Although the proofs in divorce proceedings showed that defendant, who was worth from $16,000 to $17,000, had accumulated his property, in the main, before the marriage; that he had three children living; that complainant had brought her daughter into the family, and that she had been provided for up to the time of her marriage; and that defendant had deeded to complainant lands worth $1,250,—an allowance of $650 as alimony was held to be inadequate, and it was increased to $2,750.

Appeal from Bay; Maxwell, J. Submitted November 6, 1897. Decided January 4, 1898.

Bill by Lucia Schabel against Balthasar Schabel for a divorce. From the decree rendered, complainant appeals. Modified and affirmed.

*Simonson, Gillett & Courtright*, for complainant.

*D. B. Richardson*, for defendant.

MONTGOMERY, J. Complainant was granted a divorce, with an allowance of $650 for alimony. Complainant appeals, complaining that the allowance is not as large as the proofs in the case entitle her to have. We are satisfied that the defendant is worth about $16,000 to $17,000. The evidence shows that he deeded to complainant land worth $1,250. The complainant was not entitled to a large allowance. The testimony shows that the defendant had accumulated the property, in the main, before their marriage, and had three children living; that complainant brought her daughter into the family, and that she was provided for up to the time of her marriage. These facts, together with the fact that defendant had previously deeded to complainant lands worth $1,250, should be taken

into account. We think, however, that, even in view of all these circumstances, the allowance by the circuit judge was inadequate, and that this allowance should be increased to the sum of $2,750, which, with the lands previously conveyed, amounts to $4,000, the sum to be received and accepted in lieu of dower in defendant's lands. In addition, complainant will recover costs of this court. In other respects the decree will stand affirmed.

The other Justices concurred.